IN RE:   Horn, Virnie              )          Case No.   06 B 14816
                                   )          Judge  Eugene R. Wedoff

# NOTICE OF MOTION

Debtor Attorney:

Peter L Berk Law Office
79 W Monroe Suite 900
Chicago, IL  60603

Virnie Horn
2544 S 9th Ave
Broadview, IL  60155

Mail

Mail

On November 19, 2009 at 9:30 AM, I will appear at the location listed to the right, and present this motion.

> Courtroom 744
> 219 S Dearborn St
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this Notice to be delivered to the persons named above by the methods indicated on or before Thursday, October 22, 2009

/s/ MARILYN O. MARSHALL

for MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss for Failure to Make Payments

Now comes Marilyn O. Marshall, Trustee, and requests dismissal of the above case pursuant to 11 U.S.C. Section 1307 [c] [6], stating:

On November 10, 2006, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on January 25, 2007, for a term of 51 months with payments of $266.32

| The status of debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default | Next Pymt Due |
|---|---|---|---|---|---|
| | 34 | $9,491.61 | $7,386.49 | $2,105.12 | 11/10/09 |

A summary of the 12 most recent receipt items is set forth below:

Report Date:  10/21/09
Due each Month: $266.32

| Date | Ref Num | Amount | Source | Date | Ref Num | Amount | Source |
|---|---|---|---|---|---|---|---|
| 07/16/09 | 51095577170 | $267.00 | Debtor MO | 08/14/08 | 239953 | $267.00 | Debtor |
| 04/07/09 | 247983 | $267.00 | Debtor | 07/17/08 | 0001208376 | $267.00 | Debtor |
| 01/26/09 | 245612 | $267.00 | Debtor | 03/31/08 | 716841 | $265.00 | Debtor |
| 01/26/09 | 245135 | $267.00 | Debtor | 02/19/08 | 711484 | $265.00 | Debtor |
| 11/06/08 | 243056 | $267.00 | Debtor | 12/10/07 | 702892 | $415.25 | Debtor |
| 10/14/08 | 20751574 | $287.00 | Debtor | 10/26/07 | 696533 | $415.25 | Debtor |

WHEREFORE, the Trustee prays that this case be dismissed.

/s/ MARILYN O. MARSHALL

for MARILYN O. MARSHALL, TRUSTEE